# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| MERCHANTS BONDING COMPANY, | Civil No. 10-0135 (JRT/SRN) |
| Plaintiff, | |
| v. | **ORDER** |
| MANHEIM SERVICES, CORPORATION, DEALER SERVICES CORPORATION, EIDE MOTORS, INC., AND UNKNOWN CLAIMANTS, | |
| Defendants. | |

---

Thomas Radio, **HINSHAW & CULBERTSON LLP**, 333 South Seventh Street, Suite 2000, Minneapolis, MN 55402, for plaintiff.

This matter is before the Court on the Stipulation of Dismissal with Prejudice filed by the parties on May 9, 2010 [Docket No. 9].

**IT IS HEREBY ORDERED** that the Clerk of this Court enter forthwith judgment of dismissal on the claims of Plaintiff Merchants Bonding Company against Defendants Manheim Services Corporation d/b/a Manheim Minneapolis and Dealer Services Corporation in the above-referenced action with prejudice, and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 21, 2010
at Minneapolis, Minnesota              _____ s/ John R. Tunheim_____
                                              JOHN R. TUNHEIM
                                           United States District Judge