UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MERCHANTS BONDING COMPANY, | Civil No. 10-0135 (JRT/SRN) |
| Plaintiff, | |
| v. | **ORDER** |
| MANHEIM SERVICES, CORPORATION, DEALER SERVICES CORPORATION, EIDE MOTORS, INC., AND UNKNOWN CLAIMANTS, | |
| Defendants. | |

Thomas Radio, **HINSHAW & CULBERTSON LLP**, 333 South Seventh Street, Suite 2000, Minneapolis, MN 55402, for plaintiff.

This matter is before the Court on the Dismissal without Prejudice filed by the plaintiff on May 21, 2010 [Docket No. 10].

**IT IS HEREBY ORDERED** that the Clerk of this Court is ordered and directed to enter forthwith judgment of dismissal without prejudice dismissing the Unknown Claimants without any costs or disbursements to any of the parties herein.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 24 2010
at Minneapolis, Minnesota

_____ s/ John R. Tunheim _____
JOHN R. TUNHEIM
United States District Judge